# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Ezekiel Thomas<br>*Defendant* | )<br>)<br>)<br>) | Case No. 3:25-mj-00586-MMS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 18-19, 2025 , at or near  Anchorage and Palmer, AK  in the  District of  Alaska , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2113(a) | Bank Robbery |
| 18 USC 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

See attached affidavit of FBI SA Michael Harkless.

☒ See attached affidavit.

*Michael Harkless*

*Complainant's signature*

Special Agent Michael Harkless, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 4(d).

**Telephone** *(specify reliable electronic means)*.

Date: September 19, 2025

City and state:  **Anchorage, Alaska**

*Judge's signature*

Hon. Matthew M. Scoble, U.S. Magistrate Judge
*Printed name and title*