

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA

        Plaintiff,

vs.

EZEKIEL THOMAS,

        Defendants

Case No. 3:25-mj-00586-MMS

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Michael Harkless, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is submitted in support of a criminal complaint against EZEKIEL THOMAS (THOMAS) for violating 18 U.S.C. § 2113(a) – Bank Robbery.

2. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

3. I am a Special Agent with the Federal Bureau of Investigation. I have been a SA with the FBI for approximately two years. I am currently assigned to the Violent Crime Squad in the FBI's Anchorage Field Office. Prior to employment with the FBI, I served as an active-duty Army officer from May 2011 to January 2022.

//

4. As part of my FBI duties in the VC Squad I investigate and assist with investigations in criminal violations of federal law, to include federal sex trafficking and prostitution offenses, racketeering offenses, bank robberies, firearms violations, and the Controlled Substances Act.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

## RELEVANT STATUTES AND REGULATIONS

6. The relevant statutory authority and terms used in this affidavit and its attachments are described and defined below.

    a. 18 U.S.C. § 2113(a), states: "Whoever, by force and violence, or by intimidation, takes, or attempts to take, from the person or presence of another, or obtains or attempts to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association;"

## INVESTIGATION AND PROBABLE CAUSE

7. At approximately 3:03 pm on September 18, 2025, a male subject entered the Wells Fargo Bank at 745 E Dimond Blvd, Anchorage, AK 99515. The male approached Victim Teller One (VT-1) and produced a demand note for money. The note implied people would be hurt if not provided money. VT-1 provided the male subject $590.00. The male

subject took the money and departed the bank. Wells Fargo security footage captured images of the robbery.

 

8. The male was described as a native male adult, in his 40s, and wearing a black hoodie. Surveillance captured images of the subject's hands which appeared to have tattoos on the knuckles.

9. Wells Fargo is a Federal Deposit Insurance Corporation insured bank. The branch's unique identification number was 239046.

10. SA Michael Sheffield interviewed VT-1. VT-1 did not state specifically being afraid but expressed being fearful of the situation and attempting to complete what the subject's demands were in order to get the subject to leave the bank.

11. On September 19, 2025, FBI Anchorage received a call from Palmer Police Department for a bank robbery at First National Bank (FNB) 303 W Evergreen Ave, Palmer, AK, 99645. Palmer PD detained a bank robber that they believed was the same

subject from the Wells Fargo bank robbery. The detained subject's name was EZEKIEL THOMAS.

12. FBI SAs responded to FNB in Palmer. Your affiant reviewed security footage from FNB.




//

//

//

//

//

//

//

//




//

//

//

//



13. SA Michael Sheffield interviewed Victim Teller Two (VT-2). SA Sheffield articulated to your affiant that VT-2 was significantly more disturbed by the robbery than VT-1.

14. Your affiant took a photograph of FNB's FDIC certificate.



15. Your affiant and SA Michael Sheffield conducted a custodial interview of THOMAS at Palmer PD's interview room. After being advised of his Miranda rights and being shown surveillance photographs of THOMAS at FNB in Palmer, THOMAS agreed to talk with the SAs. During the interview THOMAS admitted to using a note to "hit" the bank and taking money from the bank. THOMAS stated the robbery was "dumb".

When questioned about the Wells Fargo bank robbery on September 18, 2025, THOMAS stated he was done talking.

16. Your affiant and SA Sheffield informed THOMAS he was being arrested for bank robbery and was remanded to the Anchorage Correctional Complex on September 19, 2025.

17. During the prisoner transport, THOMAS made an excited utterance to the affect of, how much did you recover. THOMAS was advised that the transporting SAs were not asking him any questions and that he had invoked his fifth amendment right earlier during the interview.

//

//

//

//

//

//

//

//

//

//

//

//

//

//



## CONCLUSION

18. Based upon the information above, your affiant submits that there is probable cause to believe that on September 18, 2025, EZEKIEL THOMAS took and carried away, money belonging to, or in the care, custody, control, management, or possession of Wells Fargo Bank at 745 E Dimond Blvd, Anchorage, AK 99515 in violation of 18 U.S.C. § 2113(a) – Bank Robbery and on September 19, 2025, EZEKIEL THOMAS took and carried away, money belonging to, or in the care, custody, control, management, or possession of First National Bank (FNB) 303 W Evergreen Ave, Palmer, AK, 99645 in violation of 18 U.S.C. § 2113(a) – Bank Robbery

RESPECTFULLY SUBMITTED,

*Michael Harkless*

MICHAEL HARKLESS
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 and 4(d) on this 19th day of September, 2025.

_____
HON. MATTHEW M. SCOBLE
United States Magistrate Judge
District of Alaska