MICHAEL J. HEYMAN
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: thomas.bradley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:25-cr-00064-SLG-MMS |
|---|---|
| Plaintiff, | COUNTS 1 & 2: |
| vs. | BANK ROBBERY |
| EZEKIEL THOMAS, | Vio. of 18 U.S.C. § 2113(a) |
| Defendant. | |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about September 18, 2025, within the District of Alaska, the defendant, EZEKIEL THOMAS, did, through force and violence and intimidation, take money belonging to and in the care, custody, control, management and possession of Wells Fargo Bank, N.A., a financial institution the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All of which is in violation of 18 U.S.C. § 2113(a).

## COUNT 2

On or about September 19, 2025, within the District of Alaska, the defendant, EZEKIEL THOMAS, did, through force and violence and intimidation, take money belonging to and in the care, custody, control, management and possession of First National Bank Alaska, a financial institution the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All of which is in violation of 18 U.S.C. § 2113(a).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Thomas C. Bradley
THOMAS C. BRADLEY
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE:  October 14, 2025